

Law firm ref#:

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Rita Brownlee, individually and on behalf of all others similarly situated individuals,
    Plaintiff(s),
vs.

Allstate Insurance Company, an Illinois insurance company,
    Defendant(s).

Case No.: 1:21-cv-01428



## AFFIDAVIT OF SPECIAL PROCESS SERVER

Michael Mitchell , Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

INDIVIDUAL/ENTITY TO BE SERVED: **Allstate Insurance Company c/o CT Corporation System**

I, Served the within named INDIVIDUAL/ENTITY on March 19, 2021 @ 9:18 PM

CORPORATE SERVICE: by leaving a copy of this process with **Derrick Hackett**. (Title): **Intake Specialist**, a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: **Summons; Class Action Complaint; Cover Sheet; Notification of Docket Entry**

ADDRESS WHERE SERVED: **208 S. LaSalle St., Suite 814, Chicago, IL 60604**

The sex, race and approximate age of the individual with whom the copy of this process was left is as follows:

Sex: **Male** - Race: **Black** - Hair: **Black** - Approx. Age: **30-35** - Height: **5ft 07in** - Weight: **160 lbs**

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of __Illinois__

County of __Cook__

This instrument was subscribed and sworn to before me on __4-6-2021__ (date)
By __Michael Mitchell__ (name/s of person/s)

__Rene Silva__
Signature of Notary Public

Michael Mitchell , Process Server
Dated __4/6/2021__

ATG LegalServe Inc
105 W. Adams Street, Suite 1350
Chicago, IL 60603
312-855-0303

```
OFFICIAL SEAL
RENE SILVA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/21/24
```