# IN THE UNTED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **RITA BROWNLEE,** individually and on behalf of all similarly situated individuals**,** | ) ) | **Case No. 1:21-cv-01428** |
| | ) | |
| **Plaintiff,** | ) ) | Hon. Sharon Johnson Coleman |
| v. | ) ) ) | |
| **ALLSTATE INSURANCE COMPANY,** an Illinois insurance company, | ) ) ) | |
| **Defendant.** | ) | |

## NOTICE OF AGREED MOTION

PLEASE TAKE NOTICE that on October 19, 2021, at 9:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Sharon Johnson Coleman or any judge sitting in her stead in Courtroom 1241 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and present the Parties' Agreed Motion To Extend Plaintiff's Deadline To File An Amended Complaint, a true and correct copy of which is filed herewith and thereby served upon you.

                                                Respectfully Submitted,

                                                **RITA BROWNLEE,** individually and on behalf of all others similarly situated individuals

Dated: October 12, 2021                By:    /s/ Steven L. Woodrow
                                                                One of Plaintiffs' Attorneys

                                                Marc E. McCallister
                                                CAVANAGH LAW GROUP
                                                161 North Clark St., Ste. 2070
                                                Chicago, IL 60601
                                                Office: 312.425.1900
                                                Fax: 312.425.1904
                                                mem@cavanaghlawgroup.com

Steven L. Woodrow
swoodrow@woodrowpeluso.com
Patrick H. Peluso
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Tel: 720-213-0675
Fax: 303-927-0809

*Attorneys for Plaintiff and the Classes*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on October 12, 2021.

                                          /s/ Steven L. Woodrow