**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **RITA BROWNLEE,** )<br>*Plaintiff,* )<br>)<br>**v.** )<br>)<br>**ALLSTATE INSURANCE** )<br>**COMPANY** )<br>*Defendant.* ) | **Case No. 1:21-cv-01428**<br><br>Hon. Sharon Johnson Coleman |

**NOTICE OF SETTLEMENT**

The Parties notify the Court that they have executed a written settlement agreement resolving this matter. The Parties anticipate that a dismissal with prejudice of Plaintiff's individual claims will be filed within the next 45 to 60 days.

**Jointly Submitted: January 31, 2022**

By:   /s/ Steven L. Woodrow

Steven L. Woodrow
swoodrow@woodrowpeluso.com
Patrick H. Peluso
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: 720-213-0675

*Counsel for Plaintiff*

By: /s/ Aaron S. Weiss

Aaron S. Weiss (FBN 48813)
Email: aweiss@carltonfields.com
Carlton Fields. P.A.
700 N.W. 1st Ave., Ste. 1200
Miami, Florida 33131
Telephone: 305-530-0050

*Counsel for Defendant*