# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **RITA BROWNLEE,** individually and on behalf of all similarly situated individuals**,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ALLSTATE INSURANCE COMPANY,** an Illinois insurance company, )<br>)<br>**Defendant.** ) | **Case No. 1:21-cv-01428**<br><br>Hon. Sharon Johnson Coleman |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Rita Brownlee and Defendant Allstate Insurance Company, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice, of Brownlee's Complaint, with each party to bear its own attorneys' fees and costs.

### Jointly Submitted: February 28, 2022

By: /s/ *Steven L. Woodrow*

Steven L. Woodrow
swoodrow@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: 720-213-0675

*Counsel for Plaintiff*

By: /s/ *Aaron S. Weiss*

Aaron S. Weiss (FBN 48813)
Email: aweiss@carltonfields.com
Carlton Fields. P.A.
700 N.W. 1st Ave., Ste. 1200
Miami, Florida 33131
Telephone: 305-530-0050

*Counsel for Defendant*

128590173.1